```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04217
    PATRICIA A YOUNG
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4724

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/09/2007 and was confirmed 05/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    MORTGAGE ARRE          .00              .00             .00
AMC MORTGAGE SERVICES    CURRENT MORTG          .00              .00             .00
INTERNAL REVENUE SERVICE PRIORITY          19081.34              .00         2137.00
ALLIANCE ONE             UNSECURED        NOT FILED              .00             .00
ARROW FINANCIAL SERVICES UNSECURED        NOT FILED              .00             .00
BARBARA ANN KARMANOS CAN UNSECURED        NOT FILED              .00             .00
BOARD OF WATER COMMISION UNSECURED        NOT FILED              .00             .00
CALVARY PORTFOLIO SVCS   UNSECURED        NOT FILED              .00             .00
CBC/MICHIGAN HEALTHCARE  UNSECURED        NOT FILED              .00             .00
CBCS                     UNSECURED        NOT FILED              .00             .00
DEPENDON COLLECTION SERV UNSECURED        NOT FILED              .00             .00
DIRECT TV                UNSECURED        NOT FILED              .00             .00
DIVERSIFIED RECEIVABLES  UNSECURED        NOT FILED              .00             .00
DTE ENERGY               UNSECURED        NOT FILED              .00             .00
HSI FINANCIAL SERVICES L UNSECURED        NOT FILED              .00             .00
HSI FINANCIAL SERVICES L UNSECURED        NOT FILED              .00             .00
HSN                      UNSECURED        NOT FILED              .00             .00
LEBENBOM & ROTHMA PG     UNSECURED        NOT FILED              .00             .00
MEDILODGE OF SOUTHFIELD  UNSECURED        NOT FILED              .00             .00
NCO MARLIN               UNSECURED        NOT FILED              .00             .00
UNIVERSITY WOMANS CARE I UNSECURED        NOT FILED              .00             .00
UPS                      UNSECURED        NOT FILED              .00             .00
UPS                      UNSECURED        NOT FILED              .00             .00
NATIONAL CAPITAL MANAGEM UNSECURED           684.42              .00             .00
INTERNAL REVENUE SERVICE UNSECURED         11894.67              .00             .00
LEHMAN & FOX             DEBTOR ATTY       2,500.00                         2,500.00
TOM VAUGHN               TRUSTEE                                              363.00
DEBTOR REFUND            REFUND                                                  .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 04217 PATRICIA A YOUNG
```

```
-------------------------------------------------------------------------------
TRUSTEE                                  5,000.00

PRIORITY                                                           2,137.00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                     2,500.00
TRUSTEE COMPENSATION                                                 363.00
DEBTOR REFUND                                                           .00
                                       ---------------       ---------------
TOTALS                                   5,000.00                  5,000.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 03/05/09                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE



                              PAGE   2
          CASE NO. 07 B 04217 PATRICIA A YOUNG